**Order entered October 15, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00982-CV

### JOHN H. GEORGE, Appellant

### V.

### MARIA GUADALUPE GEORGE, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-11713**

## ORDER

Before the Court is appellant's October 11, 2019 motion for extension of time to file his amended brief. We **GRANT** the motion and **ORDER** appellant's amended opening brief be filed no later than October 28, 2019.

/s/     BILL WHITEHILL
          JUSTICE